UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:09-cr-0087

**United States of America,**
*Plaintiff,*

v.

**Darin Williamson**
*Defendant.*

Before BARKER, *District Judge*

### ORDER

Before the court is the report and recommendation of United States Magistrate Judge K. Nicole Mitchell. Doc. 35. The report addresses defendant's plea of true to allegation 3 of the government's petition to revoke defendant's supervised release. Allegation 3 states that defendant violated the condition of his supervised release prohibiting the purchase, possession or use of cellular telephones with photographic or internet capability.

On January 28, 2020, Judge Mitchell held a final revocation hearing. The defendant pleaded "true" to allegation 3. Judge Mitchell recommends that the court accept the defendant's plea of true and revoke defendant's supervised release. The parties waived their right to file objections to the findings of fact and recommendation. The defendant additionally waived his right to be present and speak before the district judge imposes the recommended sentence. Doc. 34.

Accordingly, the findings and recommendation are **adopted**. The court now **accepts** defendant's plea of true to allegation 3 and **revokes** defendant's supervised release.

The court **orders** that defendant, Darin Williamson, be sentenced to 3 months of imprisonment to be followed by 2 years of supervised release with a special condition that the

1

first 6 months be served in a halfway house.  The court **recommends** that defendant serve his sentence at FCI Texarkana or, alternatively, FCI Seagoville.

*So ordered by the court on January 30, 2020.*

                                            J. CAMPBELL BARKER
                                        United States District Judge